1  BRIAN D. BERRY, CA Bar No. 229893
   brian.berry@ogletree.com
2  ANDREW M. MASSARA, CA Bar No. 282913
   andrew.massara@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
4  Steuart Tower, Suite 1300
   One Market Plaza
5  San Francisco, CA  94105
   Telephone:     415-442-4810
6  Facsimile:     415-442-4870

7  THOMAS A. LIDBURY
   thomas.lidbury@ogletree.com
8  OGLETREE, DEAKINS, NASH, SMOAK &
   STEWART, P.C.
9  155 North Wacker Drive, Suite 4300
   Chicago, IL  60606
10 Telephone:     312-916-2168
   Facsimile:     312-807-3619

11
   Attorneys for Defendant
12 PARKER UNIVERSITY

13 *Additional Counsel on Next Page*

14                 **UNITED STATES DISTRICT COURT**

15                **NORTHERN DISTRICT OF CALIFORNIA**

16 DR. LAURIE KLEIN, DR. CRAIG                Case No. 3:20-cv-03194-RS
   MAURER, DR. STEVE LIRINGIS AND
17 LISA LIRINGIS, DR. TODD ANTOVICH          **STIPULATION AND  ORDER TO**
   AND CAROL ANTOVICH, DR. RANDY            **ENLARGE TIME PURSUANT TO LOCAL**
18 MANTZ AND CARLENE MANTZ, DR.             **RULE 6**
   PAMELA HART, DR. GREG MOLIS, DR.
19 LES COHEN, DR. KEN CARLE, DR.            Complaint Filed:  May 9, 2020
   SHANE STAKER AND KELLY STAKER,          Trial Date:       None Set
20 DR. KEITH ALEXANDER, BETSY              Judge:            Hon. Richard Seeborg
   STUMMER, DR. JOHN SUTO AND DR.
21 BILLIE SUTO, DR. JEFFREY FAILING,
   DR. MICHAEL GAGNON, DR. CRAIG
22 LADOW, MIMI H. DUONG, DR. CRAIG
   THORNALLY, DR. MARK de DUBOVAY
23 AND BARBARA de DUBOVAY, DR.
   RONALD B. SANDERS, DR. PEGGY
24 ANDERSON, AND DR. PAM WACHHOLZ
   AND BOB NESTE,
25
                  Plaintiffs,
26          v.

27 PARKER UNIVERSITY,

28                  Defendant.

SBAITI & COMPANY PLLC
Mazin A. Sbaiti, CA Bar No. 275089
mas@sbaitilaw.com
Jonathan E. Bridges (*Pro Hac Vice* Motion Forthcoming)
Texas Bar No. 1028835
Brad J. Robinson (*Pro Hac Vice* Motion Forthcoming)
Texas Bar No. 24058076
2200 Ross Avenue, Suite 4900W
Dallas, TX  75201
Telephone: (214) 432-2899
Facsimile: (214) 853-4367

Attorneys for Plaintiffs

Plaintiffs Dr. Laura Klein, *et al.* ("Plaintiffs") and Defendant Parker University ("Parker") hereby jointly stipulate as follows:

Plaintiffs filed their Original Class Action Complaint on May 9, 2020.  ECF 1.  Thereafter, the Parties stipulated to an extension of time for Defendant to respond to Plaintiff's Complaint and to an extension of the Initial Case Management Conference.  ECF 13, 16.  On August 3, 2020, this Court continued the Initial Case Management Conference ("CMC") from August 13, 2020 to October 8, 2020.  ECF 18.  The Parties' CMC Statements are due on October 1, 2020.  *Id.*  In compliance with Local Rule 6-1(b), the date of this stipulation is more than fourteen days prior to the October 8, 2020 CMC.

On September 17, 2020, Plaintiffs filed the operative First Amended Complaint ("FAC").  ECF 19.  Parker's Response to the FAC is currently due on October 1, 2020, the same date by which the Parties must file CMC Statements.  Parker anticipates that it will file a Motion to Dismiss.

Pursuant to Local Rules 6-1(b), the Parties hereby stipulate that Defendants shall have an additional fourteen days to respond to the FAC, making Defendant's responsive deadline October 15, 2020.

Also pursuant to Local Rule 6-1(b) and to conserve the Court's and the Parties' resources, the Parties stipulate to and respectfully request that the Court vacate the CMC currently scheduled for October 8, 2020 and reset the CMC to take place approximately 60 days from the date of the current setting, or until after a hearing on Parker's Motion to Dismiss, or to a date that is convenient for the Court.

Based upon this Stipulation of the Parties, and the Declaration of Andrew M. Massara submitted herewith, the Parties request entry of an Order pursuant to Local Rule 6-2(b) that (a) extends Defendants' time to respond to the FAC from October 1, 2020 to October 15, 2020; and, (b) vacates the CMC currently scheduled for October 8, 2020, vacates the October 1, 2020 deadline to file CMC Statements, and resets the CMC for December 10, 2020 and the deadline to file CMC Statements to December 3, 2020.

All parties shall appear telephonically and must contact Court Conference at (866) 582-6878 at least one week prior to the Conference to arrange their participation.

/ / /

1    **IT IS SO STIPULATED.**

2

3    DATED: September 23, 2020          OGLETREE, DEAKINS, NASH, SMOAK &
                                        STEWART, P.C.
4

5

6                                       By:  /s/ *Andrew M. Massara*
                                             BRIAN D. BERRY
7                                            THOMAS A. LIDBURY
                                             ANDREW M. MASSARA
8                                            Attorneys for Defendant
                                             PARKER UNIVERSITY
9
                                             Attorneys for Defendant
10                                           PARKER UNIVERSITY

11
     DATED:  September 23, 2020         SBAITI & COMPANY PLLC
12

13

14                                      By:  /s/ *Brad J. Robinson*
                                             MAIZIN A. SBATI
15                                           JONATHAN E. BRIDGES
                                             BRAD J. ROBINSON
16
                                             Attorneys for Plaintiffs
17                                           DR. LAURIE KLEIN, DR. CRAIG MAURER,
                                             DR. STEVE LIRINGIS AND LISA LIRINGIS,
18                                           DR. TODD ANTOVICH AND CAROL
                                             ANTOVICH, DR. RANDY MANTZ AND
19                                           CARLENE MANTZ, DR. PAMELA HART,
                                             DR. GREG MOLIS, DR. LES COHEN, DR.
20                                           KEN CARLE, DR. SHANE STAKER AND
                                             KELLY STAKER, DR. KEITH ALEXANDER,
21                                           BETSY STUMMER, DR. JOHN SUTO AND
                                             DR. BILLIE SUTO, DR. JEFFREY FAILING,
22                                           DR. MICHAEL GAGNON, DR. CRAIG
                                             LADOW, MIMI H. DUONG, DR. CRAIG
23                                           THORNALLY, DR. MARK de DUBOVAY
                                             AND BARBARA de DUBOVAY, DR.
24                                           RONALD B. SANDERS, DR. PEGGY
                                             ANDERSON, AND DR. PAM WACHHOLZ
25                                           AND BOB NESTE

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: _September 23, 2020          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Andrew M. Massara
    BRIAN D. BERRY
    THOMAS A. LIDBURY
    ANDREW M. MASSARA
    Attorneys for Defendant
    PARKER UNIVERSITY

1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

4      Dated:   9/23/2020

Honorable Richard Seeborg
Judge of the United States District Court,
Northern District of California

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28