THOMAS A. LIDBURY, IL 6211158
tom.lidbury@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
155 North Wacker Drive, Suite 4300
Chicago, IL  60606
Telephone:   312.558.1230
Facsimile:   312.807.3619

BRIAN D. BERRY, CA Bar No. 229893
brian.berry@ogletree.com
ANDREW M. MASSARA, CA Bar No. 282913
andrew.massara@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:   415.442.4810
Facsimile:   415-.42.4870

Attorneys for Defendant
PARKER UNIVERSITY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DR. LAURIE KLEIN, et al.,<br><br>              Plaintiff,<br><br>     v.<br><br>PARKER UNIVERSITY,<br><br>              Defendants. | Case No. 3:20-cv-03194-RS<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:          December 3, 2020<br>Time:          1:30 p.m.<br>Courtroom: 3, 17th Floor |

## NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on Thursday, December 3, 2020 at 1:30 p.m., or as soon thereafter as the matter may be heard in the United States District Court for the Northern District of California, San Francisco Courthouse, Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, Defendant PARKER UNIVERSITY ("Defendant") will and hereby does move this Court for dismissal of Plaintiffs Dr. Steve Liringis, Lisa Liringis, Dr. Pamela Hart, Dr. Greg Molis, Dr. Ken Carle, Dr. Shane Staker, Kelly Staker, Dr. Keith Alexander, Betsy Stummer, Drs. John Suto and Biollie Suto, Dr. Jeffrey Failing, Dr. Michael Gagnon, Dr. Craig Thornally, and Dr. Ronald B. Sanders without prejudice to refile in another state pursuant to Fed. R. Civ.P. (12(b)(2). A brief in support of this motion is being filed contemporaneously with this Notice.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all of the pleadings, files and records in this case, and such oral argument and evidence as may be presented at the hearing of this Motion.

DATED:  October 29, 2020

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Thomas A. Lidbury
THOMAS A. LIDBURY
BRIAN D. BERRY
ANDREW M. MASSARA

Attorneys for Defendant
PARKER UNIVERSITY

44761445.1