BRIAN D. BERRY, CA Bar No. 229893
brian.berry@ogletree.com
ANDREW M. MASSARA, CA Bar No. 282913
andrew.massara@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:   415-442-4810
Facsimile:    415-442-4870

THOMAS A. LIDBURY, IL Bar No. 6211158*
thomas.lidbury@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
155 North Wacker Drive, Suite 4300
Chicago, IL  60606
Telephone:   312-916-2168
Facsimile:    312-807-3619
*Admitted Pro Hac Vice

Attorneys for Defendant
PARKER UNIVERSITY
*Attorney names continued on next page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DR. LAURIE KLEIN, DR. CRAIG MAURER, DR. STEVE LIRINGIS AND LISA LIRINGIS, DR. TODD ANTOVICH AND CAROL ANTOVICH, DR. RANDY MANTZ AND CARLENE MANTZ, DR. PAMELA HART, DR. GREG MOLIS, DR. LES COHEN, DR. KEN CARLE, DR. SHANE STAKER AND KELLY STAKER, DR. KEITH ALEXANDER, BETSY STUMMER, DR. JOHN SUTO AND DR. BILLIE SUTO, DR. JEFFREY FAILING, DR. MICHAEL GAGNON, DR. CRAIG LADOW, MIMI H. DUONG, DR. CRAIG THORNALLY, DR. MARK de DUBOVAY AND BARBARA de DUBOVAY, DR. RONALD B. SANDERS, DR. PEGGY ANDERSON, AND DR. PAM WACHHOLZ AND BOB NESTE,<br><br>            Plaintiffs,<br><br>     v.<br><br>PARKER UNIVERSITY,<br><br>            Defendant. | Case No. 3:20-cv-03194-RS<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER AS MODIFIED BY THE COURT**<br><br>Complaint Filed:  May 9, 2020<br>Trial Date:          None Set<br>Judge:                Hon. Richard Seeborg |

1  SBAITI & COMPANY PLLC
   Mazin A. Sbaiti, CA Bar No. 275089
2  mas@sbaitilaw.com
   Jonathan E. Bridges (*Pro Hac Vice* Motion Forthcoming)
3  Texas Bar No. 1028835
   Brad J. Robinson (*Pro Hac Vice* Motion Forthcoming)
4  Texas Bar No. 24058076
   2200 Ross Avenue, Suite 4900W
5  Dallas, TX  75201
   Telephone: (214) 432-2899
6  Facsimile: (214) 853-4367

7  Attorneys for Plaintiffs

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Plaintiffs Dr. Laura Klein, *et al.* ("Plaintiffs") and Defendant Parker University ("Parker") hereby jointly stipulate as follows:

On September 23, 2020, this Court continued the Initial Case Management Conference ("CMC") from October 8, 2020 to December 10, 2020.  Dkt. 22.  On October 12, 2020, the Parties stipulated to continue Parker's Deadline to respond to Plaintiffs' First Amended Complaint from October 15, 2020 to October 29, 2020.  Dkt. 23.  On October 29, 2020, Parker filed a Motion to Dismiss for Lack of Jurisdiction (Dkt. 24) and a Motion to Dismiss for Failure to State a Claim (Dkt. 25), both of which were set for hearing on December 3, 2020, prior to the CMC.  On November 6, 2020 and pursuant to the stipulation of the Parties, this Court continued the hearing on Parker's Motions to Dismiss until January 28, 2021.  Dkt. 27.

To conserve the Court's and the Parties' resources, the Parties stipulate to and respectfully request that the Court vacate the CMC currently scheduled for December 10, 2020 and reset the CMC to take place on February 18, 2021.  Joint Case Management Statement Due February 11, 2021. All parties shall appear telephonically and must contact Court Conference at (866) 582-6878 at least one week prior to the Conference to arrange their participation.

**IT IS SO STIPULATED.**

DATED: November 19, 2020                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  /s/ *Andrew M. Massara*
         BRIAN D. BERRY
         THOMAS A. LIDBURY
         ANDREW M. MASSARA

         Attorneys for Defendant
         PARKER UNIVERSITY

DATED:  November 19, 2020					SBAITI & COMPANY PLLC


								By:  /s/ *Brad J. Robinson*
									MAZIN A. SBAITI
									JONATHAN E. BRIDGES
									BRAD J. ROBINSON

									Attorneys for Plaintiffs
									DR. LAURIE KLEIN, DR. CRAIG MAURER, DR. STEVE LIRINGIS AND LISA LIRINGIS, DR. TODD ANTOVICH AND CAROL ANTOVICH, DR. RANDY MANTZ AND CARLENE MANTZ, DR. PAMELA HART, DR. GREG MOLIS, DR. LES COHEN, DR. KEN CARLE, DR. SHANE STAKER AND KELLY STAKER, DR. KEITH ALEXANDER, BETSY STUMMER, DR. JOHN SUTO AND DR. BILLIE SUTO, DR. JEFFREY FAILING, DR. MICHAEL GAGNON, DR. CRAIG LADOW, MIMI H. DUONG, DR. CRAIG THORNALLY, DR. MARK de DUBOVAY AND BARBARA de DUBOVAY, DR. RONALD B. SANDERS, DR. PEGGY ANDERSON, AND DR. PAM WACHHOLZ AND BOB NESTE


### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.


DATED:  November 19, 2020					OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.



								By:  /s/ *Andrew M. Massara*
									BRIAN D. BERRY
									THOMAS A. LIDBURY
									ANDREW M. MASSARA
									Attorneys for Defendant
									PARKER UNIVERSITY

**IT IS SO ORDERED.**

Dated: November 19, 2020

_____
Honorable Richard Seeborg
Judge of the United States District Court,
Northern District of California

45032752.1